UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGLEI HAN, | Case No.  26-cv-03856-TLT |
| Plaintiff, | |
| v. | **ORDER REGARDING PETITION FOR WRIT OF HABEAS CORPUS** |
| SERGIO ALBARRAN, et al., | Re: Dkt. No. 1 |
| Defendants. | |

Petitioner has filed a petition for writ of habeas corpus requesting his immediate release and an order from this Court that the government not transfer him outside of the District or deport him without a hearing to contest his re-arrest before a neutral decisionmaker.  ECF 1 ¶ 13.

The government is ordered to file a response by 5 p.m. on Friday, May 1, 2026.  Any reply is due by the end of Friday, May 1, 2026 7 p.m.  If required, a hearing will be scheduled for Monday, May 4, 2026 at 2 p.m. in San Francisco, Courtroom 09, 19th Floor before Judge Trina L Thompson.

The government is prohibited from deporting the petitioner until an Order has been issued from this Court regarding Petitioner's custody.

The petitioner is ordered to email this order to Pamela.Johann@usdoj.gov.

IT IS SO ORDERED.

Dated: May 1, 2026

TRINA L. THOMPSON
United States District Judge